Rachel Flinn, Esq. 027000
3838 N. Central Ave., Ste. 800
Phoenix, Arizona 85012
(602) 277-8996
(602) 253-8346, facsimile
Attorneys for Russell Brown, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ROBERT ELDON NICOL<br>and<br>SUSAN LYNN NICOL,<br>        Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2:15-bk-14922-BKM<br><br>**TRUSTEE'S MOTION TO RECONVERT CASE TO CHAPTER 7** |

  Russell Brown, Chapter 13 Trustee, by and through counsel undersigned, pursuant to 11 U.S.C. §1307 (c)(1), moves to reconvert this case to Chapter 7.

  1. Debtors originally filed for relief under Chapter 7 on November 23, 2015.

  2. On March 24, 2016, Debtors filed a Motion to Convert Chapter 7 Case to a Chapter 13 (Docket #53).

  3. On March 25, 2016, Chapter 7 Trustee, S. William Manera, objected to the conversion on the basis that the Debtors did not qualify for a Chapter 13 (Docket #55). The Chapter 7 Trustee also noted that the Debtors had failed to provide documents relating to a potential inheritance and several large life insurance policies that were scheduled as assets.

  4. On May 12, 2016, the Court issued an order converting the Debtors' Case to Chapter 13 (Docket #66).

5. On May 26, 2016, the Debtors filed their Chapter 13 Plan. The Debtors Chapter 13 Plan (Docket #76) states that the plan payments in the amount of $950.00 were to begin on June 15, 2016. In Month 13, Plan payments were set to increase to $1,450.00.

6. On August 2, 2016, the Trustee issued his Recommendation (Docket #82). The Debtors have failed to comply with Items #1-16 of the Trustee's Recommendation.

7. On October 27, 2016, the Debtors' filed their second Motion to Extend Time to Comply With the Trustee's Recommendation and requested that they be allowed additional time to file an amended Plan (Docket #92). The Debtors' failed to lodge a proposed order approving the Motion to Extend. Further, the time period requested in the Motion to Extend expired on November 26, 2016. The Debtors have to date, not filed an amended Plan, nor have they complied with any of the requests outlined in the Trustee's Recommendation.

8. On December 1, 2016, the Trustee filed a motion to reconvert the instant case to Chapter 7 (Docket # 97). Debtors' filed a response

9. On January 10, 2017, the Debtors filed an amended Plan (See Doc. #101).

10. Based on the Debtors' action in filing the amended Plan and providing the Trustee with some of the requested documents, the Trustee withdrew the Motion to Reconvert on February 10, 2017 (Docket #113).

11. On July 25, 2017, the Debtors filed their second amended Plan and request for moratorium (Docket #133).

12. On September 29, 2017, the Trustee issued his recommendation on the second amended Plan (Docket #139).

2

Case 2:15-bk-14922-BKM    Doc 146    Filed 01/16/18    Entered 01/16/18 15:59:12    Desc
Main Document    Page 2 of 3

13. On October 30, 2017, the Debtors filed a motion to extend time to comply with the Trustee's Recommendation (Docket #143). The Motion to Extend requests that the Debtors be granted an extension of sixty days until December 28, 2017.

14. As of the date of this Motion, the Debtors have failed to comply with the Trustee's Recommendation. They have failed to provide the requested documents and failed to submit a proposed stipulated order confirming plan. Further, Plan payments are delinquent in the amount of $3,600.00 with an additional payment of $600.00 coming due on February 11, 2018.

15. Pursuant to 11 U.S.C. § 1307(c), the Court may convert or dismiss the case, whichever is in the best interests of the creditors. The Chapter 13 Trustee believes that it would be in the best interest of creditors to reconvert the case back to Chapter 7. It appears that the Debtors have non-exempt assets which a Chapter 7 Trustee should administer for the creditors of this estate.

WHEREFORE, the Trustee respectfully requests that the Court enter an order reconverting the case back to Chapter 7.

*R. Fl*
Rachel Flinn
Russell Brown, Chapter 13 Trustee;
3838 N. Central Ave., Ste. 800, Phoenix, AZ 85012
2018.01.16 15:49:00 -07'00'

Rachel Flinn, Esq. ABN 027000
Staff Attorneys for Chapter 13 Truste
*RFlinn@ch13bk.com*

Copy of the foregoing mailed or emailed
to the following parties on the date of the
electronic signature affixed hereto:

RAYMOND J. STEELE
raymondjsteele@qwestoffice.net
Attorney for debtors

ELIZABETH AMOROSI
OFFICE OF THE UNITED STATES TRUSTEE
Elizabeth.C.Amorosi@usdoj.gov

*R. Fl*
Rachel Flinn
Russell Brown, Chapter 13 Trustee; 3838 N. Central Ave., Ste. 800, Phoenix, AZ 85012
2018.01.16 15:49:08 -07'00'